# Order

Michigan Supreme Court
Lansing, Michigan

February 10, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150789(77)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHARLES JEROME DOUGLAS,
      Defendant-Appellant.

_____/

SC: 150789
COA: 315027
Wayne CC: 2012-010051-FH

On order of the Chief Justice, the motion of amicus curiae Department of Attorney General to participate in oral argument by sharing five minutes of plaintiff-appellee's allotted time for argument is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 10, 2016



Clerk